IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DERRICK IVAN JIM, ) | |
| ) | |
| Petitioner, ) | Case No.:   21-CV-00507-JB |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The United States hereby notifies the Court that Assistant United States Attorney Joseph M. Spindle enters his appearance on behalf of the United States.

The United States requests that all future notices, pleadings and correspondence be delivered to counsel of record Joseph M. Spindle.

        Respectfully submitted,

        FRED J. FEDERICI
        Acting United States Attorney

        */s/ Electronically filed on June 3, 2021*
        JOSEPH M. SPINDLE
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, NM 87102
        (505) 346-7274

I HEREBY CERTIFY that on June 3, 2021, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.
*/s/*
JOSEPH M. SPINDLE
Assistant U.S. Attorney